FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 JAN 18 PM 3: 48

TIMOTHY M. BURGESS
United States Attorney

J. Thomas Bartleson
Special Assistant U.S. Attorney
101 12th Avenue
Box 2, Room 310
Fairbanks, Alaska 99701
Telephone: (907)353-6513/6510/
Fax:(907)353-6501

Attorneys for the Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**Joseph Wilson Babington**,<br><br>Defendant | **F06  0003  CR**<br><br>**COUNT ONE**<br>Abusive Sexual Contact<br>(Class A Misdemeanor)<br>Violation of 18 U.S.C. 2244<br><br>**INFORMATION** |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**

That on or about the 16$^h$ day of August, 2005, at Fort Wainwright, Alaska, a military reservation in the District of Alaska acquired for the use of the United States and under the concurrent jurisdiction thereof, the Defendant JOSEPH WILSON BABINGTON, did knowingly engage in sexual contact with another person without that other person's permission, to wit: by putting his hand inside the pants of Miss I. H., who had then not attained the age of 12 years, all in violation of 18 U.S.C. § 2244.

**ORIGINAL**

Dated this 18th day of January, 2006, at Fort Wainwright, Alaska.

                TIMOTHY M. BURGESS
                United States Attorney

                J. THOMAS BARTLESON
                Special Assistant U.S. Attorney