**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>  v.  <u>  JOSEPH WILSON BABINGTON  </u>

THE HONORABLE TERRANCE W HALL

DEPUTY CLERK                                    CASE NO. <u>  4:06-cr-00003-TWH  </u>

<u> TINA J GROTHAUSE </u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 27, 2006</u>

Summons issued by the court in the above case has been returned unexecuted. Arraignment set for **MARCH 2,2006 at 10:00 a.m.** is hereby **vacated.** The government is directed to provide the court with an appropriate address for the defendant or file a status report within 30 days. Arraignment will be reset and summons reissued upon clerk's receipt of this address.

[406cr3 TWH ORDER]{UNEXSUM.WPD*Rev.2/9}