IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>v.<br><br>**JOSEPH WILSON BABINGTON,**<br><br>Defendant | Case Number 4:06-cr-003-TWH<br><br>[PROPOSED]<br>ORDER |

On this _____ day of _____, 2006 came the Government's Motion to Appear Telephonically and the Motion is hereby GRANTED/DENIED.

_____
TERRANCE W. HALL
U. S. Magistrate Judge