**DEBORAH M. SMITH**
Acting United States Attorney

**Eve C. Zamora**
**Special Assistance U. S. Attorney**
**101 12th Avenue, Room 310**
**Fairbanks, Alaska 99701**
**Telephone: (907) 353-6561-6510**
**Fax: (907) 353-6501**
**MN Bar: 0297859**

**Attorneys for the Plaintiff**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06-cr-00003-TWH-1 |
| ) | |
| **JOSEPH WILSON BABINGTON** ) | |
| ) | |
| Defendant. ) | |

### ENTRY OF APPEARANCE

Eve C. Zamora enters her appearance on behalf of Plaintiff, United States of America, in this matter.  Service on Plaintiff shall be through his attorney at 101 12th Avenue, Room 310, Fairbanks, Alaska 99701.

RESPECTFULLY SUBMITTED this 23rd day of June 2006.

              EVE C. ZAMORA

              s/ Eve C. Zamora_____
              101 12th Avenue, Room 310
              Fairbanks, Alaska 99701
              Telephone: (907) 353-6561-6510
              Fax: (907) 353-6501
              eve.zamora@us.army.mil
              MN Bar: 0297859