**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:06-cr-00003-TWH |
| v. ) | |
| ) | |
| Joseph Wilson Babington, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(d)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ The court has granted the motion of the government for dismissal with/without prejudice;
___ The court has granted the motion of the defendant for a Judgment of Acquittal;
___ A jury has been waived, and the court has found the defendant NOT GUILTY;
___ The jury has returned its verdict, finding the defendant NOT GUILTY;
_X_ (Other reason, or reasons, if any); Lack of Prosecution of the offense(s) of Abusive Sexual Contact as charged in count(s) 1 of the Information.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

**DATED** at Fairbanks , Alaska, this 10th day of July,2006 .

/s/ TERRANCE W. HALL
Terrance W. Hall
United States Magistrate Judge

[ ]{DISCHARG.WPD*Rev.2/97}